United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. B-05-152 |
| MARCIAL HERNANDEZ-DOLORES | § | |

## ORDER

BE IT REMEMBERED on this ____ day of _____, 20__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed March 21, 2005, wherein the defendant Marcial Hernandez-Dolores waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Marcial Hernandez-Dolores to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Marcial Hernandez-Dolores guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. § 1326(a).

SIGNED this the ____ day of _____, 20__.

Hilda G. Tagle
United States District Judge